**From:**
**To:**
**Subject:** Fwd: Vincent Longobardi FOIL Request DEP Police Exam 4304 List 7 (Legal FOIL JAN 2020 No. 16)
**Date:** Tuesday, March 23, 2021 12:16:13 PM
**Attachments:** image002.png

---

From:
To: joe@jmurray-law.com
Sent: 3/8/2021 1:25:07 PM Eastern Standard Time
Subject: Fw: Vincent Longobardi FOIL Request DEP Police Exam 4304 List 7 (Legal FOIL JAN 2020 No. 16)

----- Forwarded Message -----
From: Alan Deutsch (DCAS) <adeutsch@dcas.nyc.gov>
To:
Sent: Tuesday, January 28, 2020, 10:59:12 AM EST
Subject: RE: Vincent Longobardi FOIL Request DEP Police Exam 4304 List 7 (Legal FOIL JAN 2020 No. 16)

Mr. Longobardi,

I'm writing in response to your Freedom of Information Request, copied below, for files relating to an exam that you took, Exam No. 4304, and the circumstances relating to your being removed from the eligible list.

Our records indicate that you took Exam No. 4304, Environmental Police Officer, and received a score of 97.647 and a list number of 7.

In a certification disposition dated March 27, 2015, DEP reported that it took no action pending a psychological review.

In a certification disposition dated July 25, 2016, DEP reported that you failed to report for a psychological review (FTR).

Following the FTR, you were removed from the eligible list.

DCAS has no further records or information regarding the above activity.

Sincerely,

Alan Deutsch

**Alan Deutsch**

**Senior Counsel/Records Access Officer**

**P: (212) 386-6226** | adeutsch@dcas.nyc.gov

**NYC DCAS**
Citywide Administrative Services

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, January 24, 2020 5:45 PM
**To:** foilrequest (DCAS) <foilrequest@dcas.nyc.gov>
**Subject:** Vincent Longobardi FOIL Request DEP Police Exam 4304 List 7

To Whom It May Concern,

I am Vincent Longobardi ▮▮▮▮▮▮▮▮▮▮ requesting files in regard to my exam and list number with the DEP for Environmental Police Officer (Exam 4304 List 7).

I am requesting all files regarding the history of my status with this exam and list, specifically when and why I was removed from the list.

Please provide me these files by email if possible and please mail a copy to me at:

Vincent Longobardi

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮

And provide an additional copy to my attorney Joseph Murray at:

Law Office of Joseph Murray

> 125-10 Queens Blvd Suite 6
>
> Kew Gardens, New York 11415
>
> Thank you,
>
> Vincent Longobardi
>
> ██████████
>
> ---
>
> Sent from the Department of Citywide Administrative Services. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This footnote also confirms that this email message has been swept for the presence of computer viruses.