

MANHATTAN
260 MADISON AVE, 22ND FLR
NEW YORK, NY 10016

QUEENS
125-10 QUEENS BLVD, STE 5
KEW GARDENS, NY 11415

**JOSEPH W. MURRAY**
QUEENS OFFICE
joseph@mmf-law.com
O 646.225.6686
C 718.514.3855
F 646.655.0269
NY, SDNY, EDNY

August 14, 2017

Dr. Heather Jonas
Director of NYPD Psychological Services
NYPD Psychological Assessment Section
235 East 20th Street, 7th Floor
New York, New York 10003

        Re:  Good Faith Letter Seeking Reasonable Accomodation
            DEP Police Applicant Vincent Longobardi
            Exam No: 4307
            List No: 7

Dear Dr. Jonas:

  I am the attorney of record for Mr. Vincent Longobardi in connection with the above referenced application for employment and psychological review by Dr. Sheng-Mei Chiu-Palmer. I write today to follow-up my July 6, 2017 letter to Dr. Sheng-Mei Chiu-Palmer (attached hereto for your consideration). To date, I have not yet received a response to my letter. Therefore, I am following up with you on the status of my client's case.

  As you will see within my July 6, 2017 letter I informed Dr. Sheng-Mei Chiu-Palmer that my client would be withdrawing from consideration, under protest, due to the unethical conduct NYPD Psychologist Sheng-Mei Chiu-Palm.  I was compelled to withdraw my client from consideration in light of the extremely unethical and illegal conduct that she was engaged in. At this time, we are preparing for litigation to correct the numerous wrongs perpetrated against my client during this difficult process. Before filing, I make this last ditch effort, in good faith, to resolve the unethical and illegal practices that have prevented my client from being appointed as a police officer and harmed him from being considered for employment as a police officer elsewhere.

  Therefore, please respond to me, via telephone, facsimile, email or by regular mail with the current status of my client's application and potential remedies that you may suggest to allow my client to receive due process in his long journey to become a DEP Police Officer. If I do not hear from you by September 1, 2017, we will commence our civil action to seek legal remedies and compensation.

  Time is of the essence. Your prompt attention is respectfully requested.

  Please feel free to contact me with any questions you may have.

Very truly yours,

Joseph W. Murray, Esq.

Cc:     Client