TO: Investigator Lawrence

FROM: Vincent Longobardi

November 18, 2015

PAGES: 3

RE: Pistol Application 2015-1691 - Pistol Voucher

Please find attached the pistol voucher given to me by the 63 pct.

Thank you

*[signature]*
Vincent Longobardi




**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **3000444754**

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| **63RD PCT.** | | | | | **OPEN** |
| Invoice Date | Property Type | | | | Property Category |
| **10/27/2014** | **FIREARM** | | | | **SAFEKEEPING** |

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing | EPC | HOOK, AARON | | 63RD PRECINCT | OCME. EU No. |
| Arresting | N/A | | | | OCME. FB No. |
| Investigating | N/A | | | | Police Lab Evid. Ctrl. No. |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No.   N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No.   N/A |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | **PISTOL** | 1202064903 | 1 | |
| | | MAKE: **BERETTA** MODEL: **PX4** CALIBER: **9MM** | | | |
| | | FIREARM COLOR: **BLACK** SERIAL NO. EXISTS: **YES** | | | |
| | | SERIAL NO.: ▊▊▊▊ LICENSE ACTIVE: **NO** | | | |
| | | LICENSEE FIRST NAME: **VINCENT** | | | |
| | | LICENSEE LAST NAME: **LONGOBARDI** | | | |
| | | LICENSEE STREET: ▊▊▊▊ | | | |
| | | LICENSEE POST CODE: ▊▊▊▊ | | | |

**REMARKS:**
346826 10/27/2014 11:01 : SAID FIREARM IS INVOICED FOR SAFEKEEPING FOR SAID OWNER WHILE HE ATTENDS THE POLICE ACADEMY FOR HIS POSITION FOR DEP POLICE

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 10/27/2014 | | | N/A | **ACCEPTED** |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No.   NYSID No. |
|---|---|---|---|---|

| | Name | Tax No. | Address | Phone. No |
|---|---|---|---|---|
| Finder(s) | | | | |
| Owner(s) | **LONGOBARDI, VINCENT** | | ▊▊▊▊ | |
| Complainant(s) | | | | |

| Complaint No. | N/A |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |

Invoice No. **3000444754**

**Property Clerk Copy**
printed: 10/27/2014 11:03

PCD Storage No. —

Page No. **1 of 2**



**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **3000444754**

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | EPC | HOOK, AARON | ■ | 63RD PRECINCT | 10/27/2014 | 10:51 |
| Invoicing Officer | EPC | HOOK, AARON | ■ | 63RD PRECINCT | 10/27/2014 | 11:02 |
| Approved By | SGT | MCGILL, MICHAEL | ■ | 63RD PRECINCT | 10/27/2014 | 11:03 |



Invoice No. **3000444754**

Property Clerk Copy
printed: 10/27/2014 11:03

PCD Storage No. —

Page No. 2 of 2

TO: INVESTIGATOR LAWRENCE

FROM: VINCENT LONGOBARDI

January 6, 2016

PAGES: 3

RE: PISTOL APPLICATION 2015-1691 - RELEASE FORM

Please find attached my completed release form.

Thank you,

*[signature]*

Vincent Longobardi

[redacted]

**FEE RECEIPT**
PD 122-017 (Rev. 2-00)-Pent

RECEIPT NUMBER C899044

Invoice / Lic. / Permit / Summons Nos., Etc. ▮▮▮▮▮▮▮▮▮▮

Date: 07/14/15
Inv #: 000003
Apprvd: Online

Received From: Name *Vincent Long*

The Sum of:

For: Pistol

**TOWING AND STORAGE CHARGES**
From _____ 20 __
To _____ 20 __
No. of Days _____
At $ _____ per day  $ _____
Towing Charge  $ _____
Total  $ _____

Signature
Last Name (Printed)
Rank/Title SPAA

NYPD RIFLE SHOTGUN
120 55 ONS BLVD B 11
KEW GARDENS, NY 11424
718-520-9300

Merchant ID: 8625424601
Term ID: 065467000002492601000

Sale

VISA
Total: $ 340.00
07/14/15          10:47:45
Inv #: 000003   Appr Code: 0915GA
Apprvd: Online

Customer Copy
THANK YOU!

---

**FEE RECEIPT**
PD 122-017 (Rev. 2-00)-Pent

Invoice / Lic. / Permit / Summons Nos., Etc.
2015 900 488

Received From: Name *Vincent Longobardi*

The Sum of: _____ Dollars

For: R/S

**TOWING AND STORAGE CHARGES**
From _____ 20 __
To _____ 20 __
No. of Days _____
At $ _____ per day  $ _____
Towing Charge  $ _____
Total  $ _____

Signature: B. Sste
Last Name (Printed): Foster
Rank/Title: SPAA

NYPD RIFLE SHOTGUN
120 55 ONS BLVD B 11
KEW GARDENS, NY 11424
718-520-9300

Merchant ID: 8625424601
Term ID: 065467000002492601000

Sale

VISA
Entry Method: Swiped
Total:  $ 229.75
07/13/15          14:53:35
Inv #: 000002   Appr Code: 06920A
Apprvd: Online

Customer Copy
THANK YOU!

2014/1210







U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

NEW YORK, NY 10038

Certified Mail Fee
$ $3.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required     $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$ $0.47

Total Postage and Fees
$ $6.47

0344
03

Postmark Here

05/11/2016

Sent To  LICENSE DIV  PD
Street and Apt No., or PO Box No.  1 POLICE PLAZA
City, State, ZIP+4®  NY 10038

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 0640 0001 7557 9441

(Expected
(Friday 05/13/2016)
Certified           1         $3.30
  (USPS Certified Mail #)
  (70150640000175579441)
Return              1         $2.70
Receipt
  (USPS Return Receipt #)
  (9590940215965362354843)

Total                         $6.47

Cash                         $20.00
Change                      ($13.53)

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

*******************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
*******************************************

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5110-0085-001-00007-76694-02

or scan this code with
your mobile device:



10/11/2016 Murray Mansilla & Fantone, LLP Mail - Emails for mini medical. Vincent Longobardi

Case 1:21-cv-02705-GBD   Document 1-4   Filed 03/30/21   Page 8 of 9



Joseph Murray <joseph@mmf-law.com>

## Emails for mini medical. Vincent Longobardi
1 message

-----Original Message-----
From: APDSCHEDULING <APDSCHEDULING@nypd.org>
To: 
Sent: Tue, Mar 1, 2016 01:15 PM
Subject: RE: Exam 4304 list 7

Please see the attached file. Thank you.

From: 
Sent: Monday, February 29, 2016 10:05 PM
To: APDSCHEDULING
Subject: Exam 4304 list 7

My name is Vincent Longobardi. I would like to take the mini medical for DEP police on Wednesday March 2 2016 at 630am.

Thank you.

Vincent Longobardi

Exam 4304

List 7

Sent from AOL Mobile Mail

-----Original Message-----
From: APDSCHEDULING <APDSCHEDULING@nypd.org>
To: APDSCHEDULING <APDSCHEDULING@nypd.org>
Sent: Mon, Feb 29, 2016 08:09 PM
Subject: Department of Environmental Protection Police

Good Evening,

In order to be qualified for the March 2016 DEP Police Officer Position You must first take an updated mini medical exam. The following dates are available:

Wednesday, March 2, 2016 at 6:30 AM

Thursday, March 3, 2016 at 6:30 AM

Friday, March 4, 2016 at 6:30 AM

If you do not wish to be considered for this class, please reply back and let us know.

In order to be scheduled, please reply with your Exam and List numbers in the subject line. In the body of the email, please state your name and the date you wish to attend.

Thank you,

Sergeant Brill