**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x

VINCENT LONGOBARDI,

      Plaintiff,

-against-

CITY OF NEW YORK, JAMES O'NEIL,
HEATHER JONAS, SHENG-MEI
CHIU-PALMER, MICHAEL BARRETO, and
VINCENT SAPIENZA,

      Defendants.

------------------------------------- X

FEB 14 2022

ORDER

21 Civ. 2705 (GBD)

GEORGE B. DANIELS, District Judge:

  The Court will hear oral argument on Defendant's Motion to Dismiss, (ECF 11), on March 23, 2022 at 10:30 a.m.

Dated: February 10, 2022
   New York, New York

              SO ORDERED.

              *George B. Daniels*
              GEORGE B. DANIELS
              UNITED STATES DISTRICT JUDGE