UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X

VINCENT LONGOBARDI,

                    Plaintiff,

    -against-

CITY OF NEW YORK, JAMES O'NEIL,
HEATHER JONAS, SHENG-MEI
CHIU-PALMER, MICHAEL BARRETO, and
VINCENT SAPIENZA,

                  Defendants.
------------------------------------ X

ORDER

21 Civ. 2705 (GBD)

GEORGE B. DANIELS, District Judge:

The oral argument on Defendants' Motion to Dismiss the Complaint, (ECF No. 11), is adjourned from March 23, 2022 to April 20, 2022 at 11:30 a.m.

Dated: March 1, 2022
      New York, New York

                                  SO ORDERED.

                                  GEORGE B. DANIELS
                                  UNITED STATES DISTRICT JUDGE