UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

VINCENT LONGOBARDI,

                 Plaintiff,

    -against-

CITY OF NEW YORK, JAMES O'NEILL, in his official capacity as Police Commissioner of the New York City Police Department; HEATHER JONAS, individually and in her official capacity as former director of the New York City Police Department's Psychological Services Unit; SHENG-MEI CHIU-PALMER, individually and in her official capacity as a former New York City Police Department psychologist; MICHAEL BARRETO, in his official capacity as former Commanding Officer of the New York City Police Department License Division, and VINCENT SAPIENZA, in his official capacity as Commissioner of the New York City Department of Environmental Protection,

                 Defendants.
------------------------------------- x

ORDER

21 Civ. 2705 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of the Court is hereby ORDERED to close the above-captioned action.

Dated:  July 26, 2022
         New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge